THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM EDWARDS, Appellant.— Motion for enlargement of time granted upon condition that the appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.